JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. HANFORD, | ) Case No. ED CV 15-2216-JGB (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| JOSE CASTRO, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: August 30, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE